1
2
3
4
5

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

NORITH CHIN,                                     1:08-cv-00165 LJO-TAG (HC)

                Petitioner,

                              ORDER AUTHORIZING
    vs.                         IN FORMA PAUPERIS STATUS

WARDEN,

                Respondent.
_____/

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

proceed *in forma pauperis*.  The petition will be screened in due course.


IT IS SO ORDERED.

Dated:   **February 22, 2008**                                     _____
                                             **/s/ Theresa A. Goldner**
                                     UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28